In the Matter of the Estate of FREDERICK VOGES, Deceased. PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, as Executor of FREDERICK VOGES, Deceased, et al., Appellants; FREDERICK W. VOGES, Respondent.

Argued May 30, 1950; decided July 11, 1950.

*Ralph H. Wiener* and *Henry L. Flattau* for President and Directors of the Manhattan Company, appellant.

*William H. Hinrichs* for Alma Voges, appellant.

*George W. Herz* and *Clarice G. Burkard* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.